PROSKAUER ROSE LLP
Aaron J. Schindel (AS-5248)
1585 Broadway
New York, New York 10036
(212) 969-3090
Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| THEODORE WILLENBRING, | : | |
| Plaintiff, | : | Civil Action No. 01-CV-531 (DWF/RLE) |
| v. | : | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, THE PRUDENTIAL MERGED RETIREMENT PLAN and THE PRUDENTIAL TRUST COMPANY, as trustee for the Prudential Merged Retirement Plan, | : | |
| Defendants. | : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein, that Claims VII and VIII of the Complaint in this action, as well as Claim II (to the extent not previously dismissed by the Court pursuant to Fed. R. Civ. P. 12(b)(6)), be, and the same hereby are, dismissed with prejudice and without costs or attorneys' fees to any party.

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: New York, New York
September 24, 2002

Aaron J. Schindel (AS-5248)
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036-8299
Phone (212) 969-3090

-and-

Thomas C. Kayser (#5415X)
Charles O. Lentz (#168403)
ROBINS, KAPLAN, MILLER & CIRESI
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
Phone (612) 349-8558

ATTORNEYS FOR DEFENDANTS

Minneapolis, Minnesota
~~September~~ October 10, 2002

Alan I. Silver (#101023)
BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
Phone (612) 376-1634

-and-

Theresa A. Freeman (#150848)
NEFF LAW FIRM, P.A.
720 Minnesota Center
7760 France Avenue South
Bloomington, Minnesota 55435
Phone (952) 831-6555

ATTORNEYS FOR PLAINTIFF

SO ORDERED:

The Honorable Donovan W. Frank, U.S.D.J.